JS-6

1

2

3

4

5

6

7            **UNITED STATES DISTRICT COURT**

8     **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

9

10

11

12   LUCIA TAPIAS MILLAN,                    Case No. 8:22-cv-02216-DOC-ADS

13               Plaintiff,                  **ORDER GRANTING STIPULATION**
                                             **TO REMAND**
14        v.
                                             Complaint Filed:  November 8, 2022
15   ABBVIE, INC., a corporation;            Honorable David O. Carter
     ALLERGAN AESTHETICS, a
16   corporation; ALLERGAN USA, INC.,
     a corporation; ALLERGAN SALES
17   LLC, a corporation; ALLERGAN,
     INC., a corporation; SOFREGEN
18   MEDICAL, INC., a corporation; and
     DOES 1 through 100 inclusive,
19
20
21               Defendants.

22

23

24

25

26

27

28

1       As Plaintiff and all Defendants, by and through their respective counsel of

JS-6

2   record in the above-captioned case have stipulated, the Court hereby orders that

3   *Millan v. AbbVie Inc. et al.* (Case No. 8:22-cv-02216-DOC-ADS) is remanded to

4   Orange County Superior Court for the State of California, with each party to bear its

5   own fees and costs.

6       IT IS SO ORDERED.

7

8   Dated: January 6, 2023

9                                      _David O. Carter_

10                               Honorable David O. Carter
United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1